UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MOUHAMADOU M. SOW,                    ) | |
|       Plaintiff,                                        ) | |
|                                                               ) | |
|   vs.                                                      ) | 1:08-0983-RLY-JMS |
|                                                               ) | |
| FORTVILLE POLICE DEPARTMENT,  ) | |
| MCCORDSVILLE POLICE                    ) | |
| DEPARTMENT, and OFFICER MICHAEL ) | |
| FULLER (in his individual and official    ) | |
| capacities),                                               ) | |
|       Defendants.                                  ) | |

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Mouhamadou M. Sow ("Plaintiff"), filed a lawsuit against, *inter alia*, the McCordsville Police Department ("MPD"), alleging violations of his constitutional rights arising out of events related to his arrest on November 19, 2007, for Forgery. The MPD now moves for summary judgment on grounds that it is not the proper party because it lacks the capacity to sue or be sued. The court agrees. "A city's police department is merely a vehicle through which the city government fulfills its policy functions and is not a proper party defendant." *Jones v. Bowman*, 694 F.Supp. 538, 544 (N.D. Ind. 1988); *Curry v. Consol. City of Indianapolis*, 2002 U.S. Dist. LEXIS 7083, at * 18 (S.D. Ind.

Feb. 27, 2002). The court therefore **GRANTS** the MPD's motion for summary judgment (Docket # 56).

**SO ORDERED** this  13th  day of April 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Swaray Edward Conteh
contehlaw@att.net

Kirk A. Horn
MANDEL HORN MCGRATH & REYNOLDS, P.C.
khorn@mhmrlaw.com

Kyle A. Jones
NORRIS CHOPLIN & SCHROEDER LLP
kjones@ncs-law.com